IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALEM MEDIA OF ILLINOIS, LLC, and AMY JACOBSON,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. PRITZKER, in his official capacity as Governor of the State of Illinois, and JORDAN ABUDAYYEH, in her official capacity as the Governor's press secretary,<br><br>Defendants. | No. 1:20-cv-3212<br><br><br><br>**Notice of Voluntarily Dismissal Without Prejudice** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), prior to Defendants serving an answer or motion for summary judgment, Plaintiffs provide the Court with notice of their voluntarily dismissal of their case without prejudice. The parties have reached a satisfactory resolution and each side has agreed to bear its own costs and fees.

Dated: June 16, 2020

Respectfully Submitted,

**SALEM MEDIA OF ILLINOIS, LLC**

**AMY JACOBSON**

By:  /s/ Daniel R. Suhr

Daniel R. Suhr
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
dsuhr@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

*Attorneys for Plaintiffs*